FILED
2006 DEC 15 PM 2:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THORSTEN BAUMHEINRICH, and SUSANNA BAUMHEINRICH,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 06-cv-1283-WGH (BLM)<br><br>**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. Pro. 41(a)(2)] |

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the claims of plaintiffs Thorsten Baumheinrich and Susanna Baumheinrich in the above-captioned matter be and are hereby voluntarily dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The parties shall each bear their own costs.

Dated: December 11, 2006

ROBINSON, CALCAGNIE & ROBINSON

By: *Mark P. Robinson, Jr.*
Mark P. Robinson, Jr.
Attorneys for Plaintiffs

Dated: December 12, 2006

SIDLEY AUSTIN LLP
Catherine Valerio Barrad
Christine Kim Son

By: *Catherine Barrad*
Catherine Valerio Barrad
Attorneys for Defendant
AstraZeneca Pharmaceuticals LP

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that the captioned action is dismissed without prejudice.

DATED: 12/15/06

UNITED STATES DISTRICT COURT

2

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL